AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Lena Hardaway

V.

Standard Parking Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: AW 09 CV 1707

2009 AUG 24 P 2:57

TO: (Name and address of Defendant)

Standard Parking Corporation
1235 South Clark Street Suit 704
Arlington, VA 22202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lena Hardaway
1220 East-West Hwy Apt 1107
Silver Spring, MD 20910

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE: 6/29/09